| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
March 20, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Aungrey Horton, | § | |
|    Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-18-3341 |
| | § | |
| Nancy Berryhill, | § | |
|    Defendant. | § | |

# Order of Adoption

On February 27, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation recommending that the court deny Aungrey Horton's motion for summary judgment. (D.E. 13.) No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The commissioner of social security's final decision is affirmed. The court will issue a separate final judgment.

Signed on March __19__, 2020 at Houston, Texas.

Lynn N. Hughes
United States District Judge